761 A.2d 537

IN THE MATTER OF ANTHONY N. GIANNATTASIO,
AN ATTORNEY AT LAW.

November 22, 2000.

### ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **ANTHONY N. GIANNATTASIO** of **SEASIDE PARK,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **ANTHONY N. GIANNATTASIO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.